IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 AUG 27  AM 10: 22

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO: 8:01cr261 |
| v. ) | |
| KERRY BAKER, ) | RECEIPT FOR RETURNED EXHIBITS |
| Defendant. ) | |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Government Exhibit # 1 - Hearing held 12/5/01

Government Exhibits #1-7, 7A, 7B, 8, 8A, 8B, 9 -14, 16-23 - Trial held 2/20/02-2/26/02

Government Exhibit #2 - Hearing held 6/19/02

DATED August 27, 2010.

_____

Counsel of Record for Plaintiff

BY: _____