IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIRECT MEDIA MILLARD, INC., | ) | Case No. 8:10CV261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| eWAYDIRECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Ryan Sewell and Richard Jeffries, counsel for the parties,

**IT IS ORDERED:**

1. On or before **September 27, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Joseph F. Bataillon, at bataillon@ned.uscourts.gov a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 27th day of August 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge