IN THE UNITED STATES DISTRICT COURT OF
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIRECT MEDIA MILLARD, INC., | ) | CASE NO. 8:10-CV-00261 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| EWAYDIRECT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Joint Stipulation of Settlement and Motion for Entry of Order of Dismissal with Prejudice of the parties, and the Court being fully advised in the premises,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-referenced action, including all claims and counterclaims, is hereby dismissed with prejudice, the June 24, 2010 Order Granting Motion for Temporary Injunction is vacated, and each party is to bear their own costs and attorney fees.

Dated:  October 1, 2010

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge

PREPARED AND SUBMITTED BY:

/s/ Ryan M. Sewell
Mark C. Laughlin, #19712
Ryan M. Sewell, #22476
ATTORNEYS FOR PLAINTIFF
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
(402) 341-6000
mlaughlin@fslf.com
rsewell@fslf.com

APPROVED AS TO FORM AND CONTENT:

/s/  Richard P. Jeffries
Richard P. Jeffries, #20089
ATTORNEY FOR DEFENDANT
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
1125 South 103rd Street
Suite 600
Omaha, NE  68124-6019
(402) 397-1700
rickjeffries@clinewilliams.com


558272.01